IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VERTEX PHARMACEUTICALS )
INCORPORATED, )
 )
          Plaintiff, )
 )
     v. ) C.A. No. 22-966 (SB)
 ) **CONSOLIDATED**
LUPIN LIMITED and )
LUPIN PHARMACEUTICALS, INC., )
 )
          Defendants. )

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

**WHEREAS**, Plaintiff Vertex Pharmaceuticals Incorporated ("Vertex") holds approved New Drug Application ("NDA") No. 207925 for the drug product Kalydeco® (ivacaftor) oral granules;

**WHEREAS**, Vertex brought the above-captioned consolidated patent infringement suit against Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") arising from Lupin's submission of ANDA No. 217431, seeking approval to commercially market a generic version of Vertex's Kalydeco® oral granules ("the Lupin Product") prior to the expiration of United States Patent Nos. 8,883,206 (the "'206 patent"), 10,272,046 (the "'046 patent"), 10,646,481 (the "'481 patent"), and 11,147,770 (the "'770 patent"), 11,564,916 (the "'916 patent"), 11,752,106 (the "'106 patent"), and 12,214,083 (the "'083 patent").

**WHEREAS**, on November 26, 2025, Vertex submitted U.S. Patent No. 12,458,635 (the "'635 patent") for inclusion in the FDA publication, "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book"), with respect to Vertex's NDA;

**WHEREAS**, on December 19, 2025, Vertex received a notice letter from Lupin stating that Lupin's ANDA No. 217431 has been amended to contain a certification, pursuant to 21 U.S.C.

§ 355(j)(2)(A)(vii)(IV), that no valid claim of the '635 patent will be infringed by the manufacture, importation, use, or sale of the Lupin Product;

**WHEREAS**, Vertex intends to bring a patent infringement suit against Lupin arising from the amendment of Lupin's ANDA No. 217431, seeking approval to commercially market a generic version of Vertex's Kalydeco® oral granules prior to the expiration of the '635 patent;

**WHEREAS**, the parties intend to seek the consolidation of the forthcoming action regarding infringement of the '635 patent with this Action for all purposes including trial;

**WHEREAS**, the parties respectfully request that the Court extend the current case schedule to permit consolidation with the forthcoming patent infringement suit for the '635 patent;

**WHEREAS**, subject to the Court's approval, the parties have agreed to the following amended schedule:

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Vertex to file any original complaint alleging infringement of the '635 patent | | January 23, 2026 |
| Vertex to serve Paragraph 4(a) disclosures with respect to the '635 patent, including a list of patent claims allegedly infringed by Lupin | | January 27, 2026 |
| Lupin to answer any original complaint for alleged infringement of the '635 patent | | February 6, 2026 |
| Parties to serve supplemental expert report(s) limited to additional opinions specific to the '635 patent on issues for which they bear the burden of proof | | February 13, 2026 |
| Parties to serve supplemental rebuttal expert report(s) limited to additional opinions specific to the '635 patent | | February 20, 2026 |

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Parties to complete expert depositions | January 21, 2026 | March 13, 2026 |
| Parties to exchange opening *Daubert* motions[1] | February 19, 2026 (deadline to file motion) | March 20, 2026 |
| Parties to exchange oppositions to *Daubert* motions | March 5, 2026 (deadline to file motion) | April 6, 2026 |
| Parties to exchange replies to *Daubert* motions | March 19, 2026 (deadline to file motion) | April 20, 2026 |
| Parties to file Joint Proposed Final Pretrial Order | 5:00 pm four business days before final pretrial conference | 5:00 pm four business days before final pretrial conference (no change) |
| Final Pretrial Conference | April 27, 2026 | April 27, 2026 (no change) |
| Trial | May 11-13, 2026 | May 11-13, 2026 (no change) |

[1] The parties currently anticipate that they will file few, if any, *Daubert* motions in the consolidated case. In view of the forthcoming trial date, the parties respectfully request that the Court allow the parties to exchange *Daubert* briefing as part of their pre-trial order exchanges and file the motion papers once fully briefed along with the parties' Joint Proposed Final Pretrial Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Megan E. Dellinger (#5739)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff Vertex Pharmaceuticals Incorporated*

January 26, 2026

MURPHY & LANDON

*/s/ Francis J. Murphy*

Francis J. Murphy (#223)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
fmurphy@msllaw.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

SO ORDERED this **27** day of January 2026.

The Honorable Stephanos Bibas
Circuit Court Judge, sitting by designation

4